**MICHAEL GERITY, AZ BAR NO. 015750**
**ISRAEL & GERITY, PLLC**
3300 NORTH CENTRAL AVENUE, SUITE2000
PHOENIX, ARIZONA 85012
TELEPHONE: (602) 274-4400
FACSIMILE: (602) 274-4401
MGERITY@IG-LAW.COM

**JOEL B. ROTHMAN, FL BAR NO. 98220** ***(PRO HAC VICE APPLICATION TO BE FILED)***
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BACA RATON, FL 33431
TELEPHONE: (561) 404-4350
FACSIMILE: (561) 404-4353
JOEL.ROTHMAN@SRIPLAW.COM

**STEVEN L. SCHLACKMAN, FL BAR NO. 84655 (*PRO HAC VICE APPLICATION TO BE FILED)***
**SCHLACKMAN INTELLECTUAL PROPERTY LAW, PLLC**
1344 EUCLID AVE, UNIT 2
MIAMI BEACH, FL 33139
TELEPHONE: (917) 816-3234
STEVE@STRATEGYIPLAW.COM

**ATTORNEYS FOR THOMAS CHARLES EDITIONS, LLC**

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Charles Editions, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Getty Images, Inc., a Washington corporation; Yankee Candle Company, Inc., a Massachusetts corporation; Bed Bath & Beyond, Inc., a New Jersey corporation; John Does I-X; Jane Does I-X; Black Corporations I-V; White Partnerships I-V,<br><br>Defendants. | No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff, Thomas Charles Editions, LLC, by and through undersigned counsel, brings this Complaint against Defendants, Getty Images, Inc., Yankee Candle Company, Inc., and Bed Bath & Beyond, Inc., and alleges as follows:

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

## SUMMARY OF THE ACTION

1. This is an action seeking injunctive relief, impoundment, and damages for the unauthorized use of an original painting by renowned Russian artist Alexei Butirskiy entitled "Autumn Leaves" (the "Work"), shown below.

Autumn Leaves" by Alexei Butirskiy

Plaintiff provides artist representation to Alexei Butirskiy and is the owner of all rights to "Autumn Leaves." Getty Images, Inc., copied and sold an unauthorized image of "Autumn Leaves" to Yankee Candle, Inc., that the latter used to adorn seven (7) different styles of scented candles sold by Yankee Candle Company, Inc., and Bed Bath & Beyond, Inc., at their retail stores. Inasmuch as Defendants' infringement threatens to damage the reputation of artist Butirskiy, Plaintiff seeks injunctive relief and impoundment of the infringing articles, as well as damages in the full amount of the Defendants' profits.

## JURISDICTION AND VENUE

2. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202(a), and the Lanham Act, 15 U.S.C. § 1125(a).

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. § 1121.

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

4. Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2) and 28 U.S.C. § 1400(b).

5. Defendants are subject to personal jurisdiction in Arizona because the claims set forth below arise from the defendants' conduct, either personally or through an agent, of:

1) Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state.
2) Committing a tortious act within this state.
3) Causing injury to persons or property within this state arising out of an act or omission by the defendant outside this state, if, at or about the time of the injury, either:
    a. The defendants were engaged in solicitation or service activities within this state; or
    b. Products, materials, or things processed, serviced, or manufactured by the defendants anywhere were used or consumed within this state in the ordinary course of commerce, trade, or use.

6. Plaintiff has complied with any and all conditions precedent to bring the causes of action set forth herein.

**PARTIES**

7. Thomas Charles Editions, LLC ("TCE"), is a limited liability company duly organized and existing under the laws of the State of Arizona, with its principal place of business located at 42302 N Vision Way, Phoenix, AZ 85086.

8. Getty Images, Inc. ("Getty"), is a corporation duly organized and existing under the laws of the State of Washington, with its headquarters located 605 5th Ave South, Suite 400, Seattle, WA 98104.

9. Yankee Candle Company, Inc. ("Yankee"), is a corporation duly organized and existing under the laws of the State of Massachusetts, with its

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

headquarters located at 16 Yankee Candle Way, South Deerfield, MA 01373.

10. Bed Bath & Beyond, Inc. ("BBB"), is a corporation duly organized and existing under the laws of the State of New Jersey, with its headquarters located at 650 Liberty Ave., Union, NJ 07083.

**BACKGROUND**

11. Alexei Butirskiy is a renowned landscape and cityscape artist known for his powerful use of shadow and light. Butirskiy attended Moscow Art College and was selected to work under Professor L.S. Hasyanova at the Russian Academy of the Arts, where he graduated with the highest honors.

12. Butirskiy's work has appeared in over 200 exhibitions worldwide, including a 2007 solo retrospective at the prestigious Il Vittoriano in the Piazza Venezia in Rome, Italy, an honor shared by artists such as Picasso, Dali, Degas, and Manet, Monet and Chagall. Butirskiy's paintings, which sell for $20,000 to $65,000, have been favorably compared to those of Caravaggio. Butirskiy's original works can be found in museums, galleries and private collections throughout France, England, Austria, Germany, Switzerland, Japan, The Netherlands, Canada, Mexico, Russia and the United States.

13. TCE is a boutique art publishing company and gallery owned by Tom and Lisa Barnes. TCE produces and sells fine collector quality, limited edition, canvas prints and original paintings of the works of a select group of artists through twenty-five prestigious galleries throughout the United States and Canada.

14. TCE is also known for its expertise in art appraisal. Lisa Barnes has over twenty-four years of experience in fine art appraising with diplomas in appraisal studies from Sotheby's, Christie's, and the New Academy of Art. She is the founder of a respected International art consultancy and appraisal firm and works as an expert witness in art-related matters across the United States.

15. TCE provides artist representation for Alexei Butirskiy. By agreement with Butirskiy, TCE owns the exclusive rights to reproduce, distribute, make

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

derivatives of, and publicly display the Work.

16. TCE rarely licenses its artists' works, except in those few instances in which the licensed product identifies Mr. Butirskiy by name and is of such high quality as to enhance the reputation of the artist.

17. For over a decade, TCE has been working with Butirskiy, building his reputation and guiding the course of his career, including his immigration to the United States in 2012. Butirskiy currently lives in Arizona near Tom and Lisa Barnes.

18. TCE has been wholesaling signed, limited editions, of the Work, in giclée prints, through its twenty-five galleries around the country and Canada. These beautiful prints sell for approximately $2,000 to $3,000 each.

## INFRINGEMENT BY DEFENDANTS

19. Getty is a photo agency that distributes photographs on its websites, including at www.thinkstock.com (the "Website"), in this judicial district.

20. Yankee is a manufacturer, wholesaler and retailer of candles and candle related products, which the company sells through its 561 branded retails stores including stores in this judicial district.

21. BBB operates a chain of over 1,400 retail stores, including several stores within this judicial district, where it sells a wide assortment of merchandise and home furnishings, including Yankee Candle products.

22. Sometime prior to July 18, 2010, Getty, without permission or authority of TCE, copied, displayed, distributed and offered the Work for sale on the Website.

23. Getty applied a watermark to the Work on the Website. The watermark contained the logo for the Website and read "Thinkstock by Getty Images."

24. The Work was copied and purchased by Yankee and at least seven other individuals or entities in violation of Plaintiff's exclusive rights under the Copyright Act.

25. Yankee, after downloading the Work, copied, displayed and distributed the Work on candles entitled "November Rain," as part of their 2013 collection of

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

scented fall candles.

26. Each candle features the Work as a non-removable decorative highlight emblazoned on the front of each container.

27. Yankee reproduced, made derivatives, publicly displayed and distributed the work thousands of times, making November Rain candles available throughout its retail stores, on its website, and through wholesale affiliates, including BBB, in the Unites States and internationally.

28. TCE discovered the infringement in July of 2013. TCE demanded that Getty and Yankee cease their infringing activities. However, to date, the infringement continues in violation of Plaintiff's rights.

29. Plaintiff has engaged the undersigned attorneys and agreed to pay them a reasonable fee.

**COUNT I**

**COPYRIGHT INFRINGEMENT – AGAINST GETTY**

30. TCE incorporates by reference paragraphs 1 through 29 as if fully set forth herein.

31. The Work is protected by copyright.

32. The Work is a foreign work created in Russia subject to the Berne Convention for the Protection of Literary and Artistic Works, and exempt from the

registration requirements of 17 U.S.C. §411.

33. TCE owns exclusive rights in the Work.

34. Getty, without the permission or authority of TCE, copied, distributed and publicly displayed the Work without authorization in violation of 17 U.S.C. § 501.

35. TCE has been damaged.

36. As a direct and proximate result of Getty's infringement, TCE is entitled to actual damages plus Getty's profits from the infringement to be proven at trial.

37. Getty's infringement has caused TCE irreparable injury that cannot fully be compensated or measured in money.

**COUNT II**

**COPYRIGHT INFRINGEMENT – AGAINST YANKEE**

38. TCE incorporates by reference paragraphs 1 through 29 as if fully set forth herein.

39. The Work is protected by copyright.

40. The Work is a foreign work created in Russia subject to the Berne Convention for the Protection of Literary and Artistic Works, and exempt from the registration requirements of 17 U.S.C. §411.

41. TCE owns exclusive rights in the Work.

42. Yankee, without the permission or authority of TCE, copied, distributed and publicly displayed the Work without authorization in violation of 17 U.S.C. § 501.

43. TCE has been damaged.

44. As a direct and proximate result of Yankee's infringement, TCE is entitled to actual damages plus Yankee's profits from infringement to be proven at trial.

45. Yankee, despite being notified of its infringement, continues to knowingly, intentionally and willfully infringe on Plaintiff's copyright.

46. Yankee's conduct is causing and, unless enjoined by this Court, will continue to cause TCE irreparable injury that cannot fully be compensated or

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

measured in money.

47. TCE has no adequate remedy at law.

48. TCE is entitled to impoundment of the infringing articles from Yankee's retail stores, inventory, and wholesale affiliates pursuant to 17 U.S.C. § 503.

**COUNT III**

**COPYRIGHT INFRINGEMENT – AGAINST BBB**

49. TCE incorporates by reference paragraphs 1 through 29 as if fully set forth herein.

50. The Work is protected by copyright.

51. The Work is a foreign work created in Russia subject to the Berne Convention for the Protection of Literary and Artistic Works, and exempt from the registration requirements of 17 U.S.C. §411.

52. TCE owns exclusive rights in the Work.

53. BBB, without the permission or authority of TCE, distributed and publicly displayed the Work in violation of 17 U.S.C. § 504.

54. TCE has been damaged.

55. As a direct and proximate result of BBB's infringement, of TCE is entitled to actual damages plus profits from infringement to be proven at trial.

56. BBB's conduct is causing and, unless enjoined by this Court, will continue to cause TCE irreparable injury that cannot fully be compensated or measured in money.

57. TCE has no adequate remedy at law.

58. TCE is entitled to impoundment of the infringing articles from BBB's retail stores and inventory pursuant to 17 U.S.C. § 503.

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

**COUNT IV**

**FALSE COPYRIGHT INFORMATION – AGAINST GETTY**

59. TCE incorporates by reference paragraphs 1 through 29 as if fully set forth herein.

60. Getty, without authorization, applied a watermark to the Work on the Website.

61. The watermark applied by Getty contained the logo for the Website and read "Thinkstock by Getty Images."

62. The watermark applied to the Work by Getty is copyright management information ("CMI") as defined in 17 U.S.C. § 1202(c).

63. The CMI applied to the Work by Getty was false.

64. Getty applied the false CMI to the Work knowingly and with the intent to induce, enable, facilitate, or conceal infringement.

65. Getty's actions violated 17 U.S.C. § 1202(a)(1).

66. TCE has been damaged.

**COUNT V**

**LANHAM ACT SECTION 43(a) AGAINST YANKEE**

67. TCE incorporates by reference paragraphs 1 through 29 as if fully set forth herein.

68. The Work is representative of those painted by renowned landscape and cityscape artist Alex Butirskiy.

69. The Work, and the style in which the Work was painted, is recognizable and closely associated with Alex Butirskiy.

70. Yankee used the Work in connection with goods and containers for goods in commerce.

71. Yankee used the Work as a device, or as a designation of origin, or as a description or representation in connection with goods and containers for goods in commerce.

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

72. Yankee's use of the Work in this manner was false or misleading in that Yankee's use suggested Alex Butirskiy was associated with or endorsed Yankee's products.

73. Alex Butirskiy has never been associated with Yankee's products or endorsed Yankee's products.

74. Yankee's use of the Work on its products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Butirskiy with Yankee.

75. Yankee's use of the Work on its products is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Yankee's products by Butirskiy.

76. TCE possesses the exclusive rights to reproduce, distribute, make derivatives of, and publicly display the Work, and has been damaged by Yankee's actions described herein.

77. Yankee's actions violate TCE's rights under 15 U.S.C. § 1125(a).

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for the following relief:

a) For an order impounding, on such terms as it deems reasonable, all infringing articles and copies of the Work in the possession, custody and control of the defendants pursuant to 17 U.S.C. § 503;

b) For preliminary and permanent injunctions enjoining defendants and their agents, servants, employees, officers, attorneys, licensees, partners, and assigns, and all persons acting in concert or participation with each or any one of them, to cease directly and indirectly infringing, and causing, enabling, facilitating, encouraging, promoting, inducing, and/or participating in the infringement of plaintiff's rights in violation of 17 U.S.C. § 501;

c) For actual damages suffered by plaintiff as a result of the infringement, plus defendants' unlawful proceeds, gains, profits and advantages of that are

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

attributable to the infringement pursuant to 17 U.S.C. § 504(b);

d) For statutory damages and/or actual damages and attorneys' fees against Getty pursuant to 17 U.S.C. § 1203 for its violation of 17 U.S.C. § 1202(a);

e) For damages, attorneys' fees and costs against Yankee for false designation of origin in violation of the Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and

f) For such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

RESPECTFULLY SUBMITTED this 15th day of October 2013.

ISRAEL & GERITY, PLLC

By: /s/ Michael Gerity
Michael Gerity
Israel & Gerity, PLLC
3300 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

By: /s/Joel B. Rothman
Joel B. Rothman *(Pro Hac Vice Application to be filed)*
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Baca Raton, FL 33431

SCHLACKMAN INTELLECTUAL PROEPRTY LAW, PLLC

By: /s/Steven L. Schlackman
Steven L.Schlackman *(Pro Hac Vice Application to be filed)*
Schlackman Intellectual Property Law, PLLC
1344 Euclid Ave, Unit 2
Miami Beach, FL 33139

Attorneys for Plaintiff

ISRAEL & GERITY, P.L.L.C.
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
(602) 274-4400 / FAX: (602) 274-4401

**CERTIFICATE OF SERVICE**

We hereby certify that on this 15th day of October 2013, I electronically transmitted Plaintiff's Complaint and Demand for Jury Trial through the CM/ECF system for filing. There are no CM/ECF registrants at this time.

DATED this 15th day of October 2013.

ISRAEL & GERITY, PLLC

By: /s/Michael Gerity
Michael Gerity
3300 North Central Avenue
Suite 2000
Phoenix, Arizona 85012